IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEEVAN CRAIG DEAN,<br><br>Defendant. | 8:18CR338<br><br>PRELIMINARY ORDER OF FORFEITURE |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 123). The Court has carefully reviewed the record in this case and finds as follows:

1. On July 26, 2019, defendant Keevan Craig Dean ("Dean") pled guilty pursuant to a written Plea Agreement (Filing No. 103) to Counts I and II of an Information and admitted the Forfeiture Allegation. Count I of the Information charged Dean with conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1). Count II of the Information charged Dean with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h). The Forfeiture Allegation in the Information sought the forfeiture, pursuant to 21 U.S.C. § 853, of United States currency and a Gucci Stainless Steel Chrono watch ("watch") seized from Dean on or about November 16, 2018, on the basis that they constituted, or were derived from, proceeds obtained as a result of the conspiracy or were intended to be used to commit or facilitate the commission of the conspiracy charged in the Information.

2. By Joint Stipulation (Filing No. 122), the parties agreed the property to be forfeited is $30,020 in U.S. currency and the watch.

3. By virtue of said plea of guilty and the parties' stipulation, Dean forfeits his interest in the $30,020 in United States currency and the watch, and the government is entitled to possession of that property, pursuant to 21 U.S.C. § 853.

4. The government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 123) is granted.

2. Based on the Forfeiture Allegation of the Information, Dean's guilty plea and the parties' stipulation, the government is hereby authorized to seize the $30,020 in United States currency and the watch.

3. Dean's interest in the $30,020 in United States currency and the Gucci Stainless Steel Chrono watch is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The $30,020 in United States currency and the watch are to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov., notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than Dean, having or claiming a legal interest in any of the subject property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $30,020 in United States currency or the watch, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the $30,020 in United States

currency or the watch and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $30,020 in United States currency and the watch as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 22nd day of October 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge