IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEEVAN CRAIG DEAN, <br><br> Defendant. | 8:18-CR-338 <br><br> FINAL ORDER <br> OF FORFEITURE |

This matter is before the Court on the Government's Motion for Final Order of Forfeiture Filing 135. The Court has reviewed the record in this case and finds as follows:

1. On October 22, 2019, the Court entered a Preliminary Order of Forfeiture (Filing 124) pursuant to 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1) and 853 and based upon Defendant Keevan Craig Dean ("Dean") pleading guilty to Counts I and II of an Information (Filing 100) and the Court accepting the stipulation of the parties to the forfeiture of $30,020 in U.S. currency and a Gucci Stainless Steel Chrono watch. Under the Preliminary Order of Forfeiture, Dean forfeited any interest he had in the $30,020 in United States currency and Gucci watch taken from him on or about November 16, 2018, to the Government. Filing 124.

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on October 23, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Filing 134-2. A Declaration of Publication was filed in this case on January 3, 2020. Filing 134.

3. The Government has advised the Court that no Petitions have been filed. Filing 135. A review of the record supports that assertion.

4. The Government's Motion for Final Order of Forfeiture should be granted. Accordingly,

IT IS ORDERED:

1. The Government's Motion for Final Order of Forfeiture ([Filing 135](#)) is granted;

2. All right, title, and interest in the $30,020 in United States currency and Gucci watch taken from Dean on or about November 16, 2018, held by any person or entity are forever barred and foreclosed;

3. The $30,020 in United States currency and Gucci watch are forfeited to the government; and

4. The Government is directed to dispose of that currency in accordance with law.

Dated this 14th day of April 2020.

                                          BY THE COURT:

                                          _____
                                          Brian C. Buescher
                                          United States District Judge